UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

MICHELLE FARNSWORTH,
   Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
   Defendant

CASE NUMBER:    1:17-CV-00653-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

  ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this 11th day of May, 2017.

               /s/ *Barbara A. McAuliffe*
               Signature of Judicial Officer

           BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
               Name and Title of Judicial Officer