1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  MICHELLE FARNSWORTH.,            | Case No.  1:17-cv-00653-BAM

10       Plaintiff,                 | ORDER TO SHOW CAUSE WHY
                                    | DEFENDANT'S RESPONSIVE BRIEF
11    v.                            | SHOULD NOT BE STRICKEN AND THE
                                    | PLAINTIFF'S SOCIAL SECURITY ACTION
12  COMMISSIONER OF SOCIAL SECURITY,| DEEMED UNOPPOSED

13       Defendant.

14                                  | **RESPONSE DUE: September 21, 2018**

15

16        On May 10, 2017, Plaintiff Michelle Farnsworth filed a complaint seeking review of the

17  Commissioner's denial of her social security benefits. On May 11, 2017, this Court entered a

18  scheduling order in this action. (Doc. 7).  Pursuant to the Court's scheduling order, Defendant was

19  required to evaluate this case and determine whether remand to the Commissioner is warranted.

20  (Doc. 7 at 6).  In the event that Defendant did not agree to remand, Defendant was required to file

21  a responsive brief that includes:

22        (a) a plain description of appellant's alleged physical or emotional impairments, when

23        appellant contends they became disabling, and how they disable appellant from work;

24        (b) a summary of all relevant medical evidence including an explanation of the significance

25        of clinical and laboratory findings and the purpose and effect of prescribed medication and

26        therapy;

27        (c) a summary of the relevant testimony at the administrative hearing;

28        (d) a recitation of the Commissioner's findings and conclusions relevant to appellant's

1

1  claims;

2  (e) a short, separate statement of each of appellant's legal claims stated in terms of the

3  insufficiency of the evidence to support a particular finding of fact or reliance upon an

4  erroneous legal standard; and

5  (f) argument separately addressing each claimed error.  Argument in support of each claim

6  of error must be supported by citation to legal authority and explanation of the application

7  of  such authority to the facts of the particular case.

8  (Doc. 7-1 at 3-4).   Defendant was warned that briefs that do not substantially comply with these

9  requirements will be stricken.  (Doc. 7-1 at 4).

10  On February 13, 2018, Defendant filed her responsive brief which fails to comply with the

11  briefing requirements set forth above. (Doc. 19). Despite an extension of time, Defendant's

12  responsive brief fails to include a summary of the relevant medical evidence and a summary of the

13  relevant hearing testimony.  Perhaps most troubling, Defendant failed to meaningfully respond to

14  many of the claimed errors raised in Plaintiff's opening brief. The Court cannot overlook such

15  disregard of the briefing requirements imposed in this action.

16  Accordingly, the Court **HEREBY ORDERS** Defendant to SHOW CAUSE in writing on

17  or before **September 21, 2018**, why her responsive brief should not be stricken from the record

18  and Plaintiff's appeal deemed unopposed.

19

20  IT IS SO ORDERED.

21  Dated:   **September 14, 2018**          _/s/ Barbara A. McAuliffe_ _

22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2